

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00818-CV

Carleen **RANTZOW** f/k/a Carleen Black,
Appellant

v.

Christopher Edward **BLACK**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 08-004
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We ORDER that appellant, Carleen Rantzow f/k/a Carleen Black, bear all costs of this appeal.

SIGNED June 12, 2013.

_____
Luz Elena D. Chapa, Justice